08/12/2005 12:47 FAX 559 322 2227     McCLELLAND LAW OFFICES                                    ☒002

W. Rod McClelland, Jr., #179771
McCLELLAND LAW OFFICES
200 W. Bullard Avenue, Suite F-1
Clovis, California 93612
Telephone (559) 322-2224
Facsimile (559) 322-2227

Attorney for: Plaintiff, MARYBETH GUEST





2005 AUG 12  P 3: 07

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYBETH GUEST, | Case No. 03CV5948 AWI-DLB |
| Plaintiff, | |
| vs. | **NOTICE OF REQUEST FOR DISMISSAL PURSUANT TO STIPULATION FOR SUBSTITUTION OF PARTIES AND ORDER THEREON** |
| BRINKER INTERNATIONAL dba MACARONI GRILL, and Does 1 through 25 inclusive, | |
| Defendants. | |

The parties hereto, Plaintiff MARYBETH GUEST and Defendant BRINKER INTERNATIONAL dba MACARONI GRILL have entered into a stipulation to enter a request for dismissal with prejudice as to Defendants BRINKER INTERNATIONAL dba MACARONI and BRINKER RESTAURANT CORPORATION, and substitute in the Brinker International Payroll Company, LP as a defendant in this action. Each side to bear their own attorney's fees and costs.

///

1

Dated: September 26, 2003

McCLELLAND LAW OFFICES

By: /s/ W. Rod McClelland
W. Rod McClelland, Jr.
Attorney for Plaintiff
MARYBETH GUEST

**IT IS SO ORDERED:**

Dated: 8-12-05

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE